RECEIVED
APR 13 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHU NGUYEN NGUYEN (#087151089), Petitioner | CIVIL ACTION NO. 1:17-CV-1142-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| JEFF SESSIONS, *ET. AL.*, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Respondents' Motion to Dismiss (Doc. 10) is **GRANTED**, and Nguyen's habeas petition filed under 28 U.S.C. § 2241 is **DISMISSED AS MOOT**.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this 13th day of April, 2018.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE